CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge Amanda K. Brailsford | Date: July 17, 2023 |
| Case No. 2:21-cr-187-AKB-1 | Deputy Clerk: Kim Tudela |
| Place: Coeur d'Alene – District Courtroom | Reporter: Tiffany Fisher |
| | Time: 11:05 a.m. – 12:58 p.m. |

UNITED STATES OF AMERICA vs. MATTHEW JAMES HOLMBERG

Probation Officer: Ryan Lesmeister (Zoom)
Counsel for the United States: Bryce Ellsworth
Counsel for the Defendant: Dustin Marcello (CJA)

(☒) Court reviewed case history.
(☒) Defendant previously entered a plea of GUILTY to Counts 1 and 2 of the **Indictment** and agreed to the forfeiture.

**Total combined offense level 31. Criminal history category I. Guideline range of 108-135 months (Count 1) and 10 years, consecutive to all other Counts (Count 2)**

(☒) April Drapo, Michael Stabile's aunt, gave statement.
(☒) The Government read victim impact statement on behalf of the Casper family.
(☒) Jill Holmberg, mother of defendant, gave statement.
(☒) Counsel made sentencing recommendations to the Court.
(☒) Defendant made statements on his own behalf.
(☒) The Court ruled on objections to the PSR stated on the record and accepts the Presentence report as its own findings.
(☒) Court granted the Government's oral motion of $3^{-point}$ reduction for acceptance of responsibility.
(☒) Court addressed the 3553(a) factors.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Matthew James Holmberg**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **108 months on Count One and 120 months on Count Two, all to be served consecutively = total of 228 months**.

It is further ordered that the defendant shall pay to the United States a **$200*** special assessment and fine of **$1,900**. Restitution ordered joint and several with co-defendant **$5,862.00**.

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than **$25** per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than **$25** per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **3 years on each count to run concurrently\***. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the sentencing recommendation **(dkt. 89)** and judgment in this criminal case, to be filed by this Court.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) Right to appeal explained.
(☒) Final order of forfeiture forthcoming.
(☒) The Court recommended the defendant receive credit for time served in federal custody.
(☒) It is recommended that the defendant participate in the RDAP program and be housed in the facility at Petersburg.
(☒) Defendant remanded to the custody of USMS.